**IT IS SO ORDERED**
[signature] Judge Edward J. Davila

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 ( )
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendants, WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| JUAN VILLALOBOS DELIRA, an individual,<br><br>Plaintiff<br>vs.<br>WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1 through 50, inclusive<br>Defendants | Case No.: 11-cv-02020-EJD<br><br>**NOTICE OF WITHDRAWAL OF NOTICE AND MOTION TO DISMISS BY DEFENDANTS WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

-1-

1     **PLEASE TAKE NOTICE** that attorneys Wright, Finlay & Zak, LLP, hereby **WITHDRAW** the Notice of Motion and Motion to Dismiss, filed in this matter on May 31, 2011.

                              Respectfully submitted,

                              WRIGHT, FINLAY & ZAK, LLP

Dated: September 19, 2011           By:   *s/ Ronald M. Arlas, Esq.*

                              T. Robert Finlay, Esq.,
                              Ronald M. Arlas, Esq.,
                              Attorneys for Defendants,
                              WELLS FARGO BANK, N.A. and
                              FEDERAL HOME LOAN
                              MORTGAGE CORPORATION.

NOTICE OF WITHDRAWAL OF NOTICE AND MOTION TO DISMISS BY DEFENDANTS WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Gretchen Grant, am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On September 19, 2011, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF NOTICE AND MOTION TO DISMISS BY DEFENDANTS WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION** on the interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Wendell Jamon Jones**
Law Office of Wendell Jones
1901 S. Bascom Avenue
Suite 333
Campbell, CA 95008
408-938-0980
Fax: 408 904-4513
Email: wjjones@hightechlawyer.net
Attorneys for Plaintiff Juan Villalobos Delira

**Cuong Minh Nguyen**
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-7600
Fax: (619) 590-1385
Email: cnguyen@piteduncan.com
Attorneys for Defendant Cal-Western Reconveyance Corporation

[X]  (BY MAIL) I deposited such envelope(s) in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Such correspondence is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

1  [ ]   (BY FACSIMILE)  I faxed such document from Newport Beach, California, to the facsimile number(s) shown on the attached service list.  The sending facsimile machine number is (949) 477-9200.  The transmission was reported as completed and without error, and the transmission report was properly issued by the transmitting facsimile machine, pursuant to California Rules of Court, Rule 2006(d).

[ ]   (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the offices of the addressee(s) listed on the attached service list.

[ ]   (BY FEDERAL EXPRESS) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2011 at Newport Beach, California.

_____
Gretchen Grant

PROOF OF SERVICE