IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN VILLALOBOS DELIRA,<br><br>   Plaintiff(s),<br>   v.<br><br>WELLS FARGO BANK, et. al.,<br><br>   Defendant(s). | CASE NO. 5:11-cv-02020 EJD<br><br>**ORDER TO SHOW CAUSE** |

On February 8, 2012, this court granted Attorney Wendell Jones' Motion to Withdraw as attorney of record for Plaintiff in this action. See Docket Item No. 34. According to Mr. Jones, as represented to the court at a prior Case Management Conference and in his Motion to Withdraw, Plaintiff has been unresponsive to Mr. Jones' requests for information necessary to resolve this action. See Docket Item Nos. 30, 32. The court has allowed stay of all deadlines to allow Plaintiff to appear either in pro se or by alternate counsel. The stay expires on March 9, 2012. To date, Plaintiff has not entered an appearance.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff or his alternate counsel do not, by March 23, 2012, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

The Case Management Conference scheduled for March 9, 2012, is VACATED and Defendant's Motion to Appear by Telephone (Docket Item No. 35) is DENIED AS MOOT. Mr. Jones shall serve a copy of this Order to Show Cause on Plaintiff.

**IT IS SO ORDERED.**

Dated: February 27, 2012

EDWARD J. DAVILA
United States District Judge