IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN VILLALOBOS DELIRA, | CASE NO. 5:11-cv-02020 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, et. al., | |
| Defendant(s). | |

On February 27, 2012, the court ordered Plaintiff to show cause in writing by March 23, 2012, why this case should not be dismissed for lack of prosecution after Plaintiff failed to respond to his attorney and failed to appear in this action in pro se or by alternate counsel. See Docket Item No. 36. The Court admonished Plaintiff that the Court would dismiss this action with prejudice should he fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed, nor has he entered an appearance after the withdrawal of his attorney. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file. Plaintiff's former attorney, Wendell Jones, shall serve a copy of this order and ensuing judgment on Plaintiff.

**IT IS SO ORDERED.**

Dated: March 27, 2012

EDWARD J. DAVILA
United States District Judge